**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7771**

MICHAEL F. SCHULZE,

    Plaintiff – Appellant,

  and

GERARDO GONZALEZ,

    Plaintiff,

    v.

DWIGHT C. RATLEY; SHANNON D. DAVIS; GERALD M. DEL RE; JAMES
A. EDWARDS; PAMELA D. MAJOR; RAYMOND A. SIMMONS; DARLENE
DREW; UNKNOWN OFFICERS, of the Federal Prisons; FEDERAL
BUREAU OF PRISONS; J. COMSTOCK; ANDERSON,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Joseph F. Anderson, Jr.,
District Judge. (6:11-cv-00941-JFA)

Submitted:  March 19, 2013    Decided:  April 2, 2013

Before DAVIS, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael F. Schulze, Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael F. Schulze appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment in this action filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the court's order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schulze v. Ratley, No. 6:11-cv-00941-JFA (D.S.C. Sept. 11, 2012; Oct. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED